UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GAYLE STAIGER and JOHN STAIGER, : <br>       Plaintiffs, : <br> : <br>       v. : <br> : <br> WEIS MARKETS, INC., *d/b/a* WEIS : <br> MARKETS, : <br>       Defendant. : | No. 5:21-cv-03709 |

**O R D E R**

**AND NOW**, this 2nd day of November, 2021, upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim, ECF No. 8, Plaintiffs' response thereto, ECF No. 9, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Defendant's motion, ECF No. 8, is **GRANTED**.

    2.    Plaintiffs' Complaint is **DISMISSED without prejudice**.

    3.    **Within seven days of the date of this Order**, Plaintiffs may, consistent with the Court's Opinion, file an amended complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge